**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID HANLEY**                                                                                               **PLAINTIFF**

**v.**                             **Case No. 5:14-cv-00197 KGB/JTR**

**GERALD ROBINSON, Sheriff,
Jefferson County, et al.**                                                              **DEFENDANTS**

## ORDER

Plaintiff David Hanley has filed a complaint (Dkt. No. 2) and motion for leave to proceed *in forma pauperis* (Dkt. No. 1). In the Court's initial review of Mr. Hanley's filings, it determined that both were deficient (Dkt. No. 4). The Court noted that Mr. Hanley's motion failed to include a properly completed prison calculation sheet and certificate of account signed by a prison official. The Court also noted that Mr. Hanley's complaint contained multiple unrelated claims which were not suitable for resolution in a single action. The Court ordered Mr. Hanley to correct these deficiencies within 30 days and cautioned that failure to do so would result in the dismissal of his case without prejudice pursuant to Local Rule 5.5(c)(2), which states that

> [i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

That Order was entered on August 25, 2014. More than 30 days have passed since entry of the Court's Order, and Mr. Hanley has failed to respond. Accordingly, the Court finds that this action should be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

It is therefore ordered that:

1. This case is dismissed without prejudice due to a lack of prosecution.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this the 14th day of October, 2014.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE