IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID HANLEY**                                                                            **PLAINTIFF**

**v.**                     **Case No. 5:14-cv-00197 KGB/JTR**

**GERALD ROBINSON, Sheriff,**
**Jefferson County, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE